UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, NATURAL RESOURCES DEFENSE COUNCIL, and ANIMAL WELFARE INSTITUTE,<br><br>    Plaintiffs,<br><br>v.<br><br>NATIONAL MARINE FISHERIES SERVICE,<br><br>    Defendant. | Civil Action No. 1:24-cv-02576<br><br>**AFFIDAVIT OF<br>XAVIER Q. LAWRENCE** |

I, Xavier Q. Lawrence, being duly sworn, depose and say under the penalty of perjury that:

1. I am an attorney for the plaintiffs Center for Biological Diversity, Natural Resources Defense Council, and Animal Welfare Institute and, as such, I am fully familiar with the facts and proceedings in this case.

2. I respectfully submit this affidavit in support of a motion for *pro hac vice* admission in order to appear, try, argue and participate in all proceedings in this case pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York.

3. I am an attorney at law, currently practicing with the law firm of Anderson & Kreiger LLP, located at 50 Milk Street, 21st Floor, Boston, Massachusetts 02109. I am a member in good standing with the bars of the states of New York, Missouri, and Massachusetts.

4. I have never been convicted of a felony, have never been censured, suspended, disbarred or denied admission or readmission by any court, am not now the subject of any disciplinary proceedings in any jurisdiction, nor have I been disciplined previously in any jurisdiction.

Boston, MA
April 4, 2024

_____
Xavier Q. Lawrence

COMMONWEALTH OF MASSACHUSETTS  )
                                ) ss
COUNTY OF SUFFOLK               )

On this 4th day of April, 2024, before me personally appeared Xavier Q. Lawrence, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual executed the instrument.

_____
Notary Public

[Notary Seal: Jamie Lee Stewart, My Commission Expires June 29, 2029, Notary Public, Commonwealth of Massachusetts]

2