USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/1/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                     :

CENTER FOR BIOLOGICAL DIVERSITY,   :
NATURAL RESOURCES DEFENSE          :
COUNCIL, *and* ANIMAL WELFARE       :          1:24-cv-2576-GHW
INSTITUTE,                                        :
                                                     :               ORDER
                                  Plaintiffs,   :
                                                     :
             -against-                     :
                                                     :
NATIONAL MARINE FISHERIES SERVICE, :
                                                     :
                                Defendant.  :
---------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

      The initial pretrial conference previously scheduled for June 6, 2024 is rescheduled to May 30, 2024 at 4:00 p.m. The joint status letter and proposed case management plan described in the Court's April 5, 2024 order are due no later than May 23, 2024.

      SO ORDERED.

Dated: May 1, 2024
New York, New York

                                                          GREGORY H. WOODS
                                                     United States District Judge