USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/30/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
CENTER FOR BIOLOGICAL DIVERSITY, :
NATURAL RESOURCES DEFENSE :
COUNCIL, *and* ANIMAL WELFARE : 1:24-cv-2576-GHW
INSTITUTE, :
: ORDER
Plaintiffs, :
:
-against- :
:
NATIONAL MARINE FISHERIES SERVICE, :
:
Defendant. :
:
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

As discussed during the conference held on May 30, 2024, the parties are directed to file a joint letter updating the Court on the status of this case by no later than July 1, 2024.

SO ORDERED.

Dated: May 30, 2024

_____
GREGORY H. WOODS
United States District Judge