

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd floor*
*New York, New York 10007*

October 11, 2024

**BY ECF**
The Honorable Gregory H. Woods
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/11/2024

**MEMORANDUM ENDORSED**

Re: *Center for Biological Diversity et al. v. Nat'l Marine Fisheries Service*, No. 24 Civ. 2576 (GHW)

Dear Judge Woods:

    This Office represents defendant the National Marine Fisheries Service ("NMFS") in the above-referenced Freedom of Information Act ("FOIA") matter. In accordance with the Court's order dated October 1, 2024 (ECF No. 28), we write respectfully on behalf of the parties to provide a status report.

    As explained in prior submissions to the Court (ECF Nos. 25, 27), in an effort to narrow the scope of the issues in dispute, NMFS re-reviewed and reprocessed the records it had previously withheld in full pursuant to FOIA's statutory exemptions. On October 4, 2024, the agency made a supplemental production of that material, which comprised 926 records totalling over 5,000 pages. NMFS released 531 records in full, withheld 360 records in part, and withheld 35 records in full.

    Plaintiffs are in the process of reviewing NMFS's supplemental production, and the parties intend to continue to meet and confer. Accordingly, the parties respectfully request permission to submit a further status report by Thursday, November 7, 2024.

We thank the Court for its consideration of this letter.

>Respectfully submitted,
>
>DAMIAN WILLIAMS
>United States Attorney for the
>Southern District of New York
>
>By: /s/ *Christopher K. Connolly*
>CHRISTOPHER K. CONNOLLY
>Assistant United States Attorney
>86 Chambers Street, 3rd Floor
>New York, New York 10007
>Tel.: (212) 637-2761
>christopher.connolly@usdoj.gov

cc: *Plaintiffs' counsel* (by ECF)

Application granted. The parties are directed to submit a joint letter updating the Court on the status of this case by no later than November 7, 2024.

SO ORDERED.

Dated: October 11, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge