USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/11/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
                                   :

CENTER FOR BIOLOGICAL DIVERSITY,  :
NATURAL RESOURCES DEFENSE       :
COUNCIL, *and* ANIMAL WELFARE      :     1:24-cv-2576-GHW
INSTITUTE,                           :
                                   :       ORDER
                        Plaintiffs,  :
                                   :
         -against-               :
                                   :
NATIONAL MARINE FISHERIES SERVICE,  :
                                 :
                    Defendant.  :
----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

In the Court's order dated August 10, 2025, Dkt. No. 47, the parties were directed to submit a joint status letter updating the Court on the status of this case no later than October 8, 2025. Because this case involved agencies of the United States impacted by the lapse in Government appropriations, this case was stayed pursuant to Chief Judge Laura T. Swain's standing order (1:25-mc-00433-LTS) on October 17, 2025. Dkt. No. 51. As stated in that order "all deadlines . . . are hereby tolled during the duration of the government shutdown and extended thereafter for a period of time equal to the number of calendar days between September 30, 2025, and the date the President signs into law a budget appropriation."

Accordingly, the Court extends the deadline for the parties to submit a joint status letter to December 27, 2025.

SO ORDERED.

Dated: December 11, 2025

_____
GREGORY H. WOODS
United States District Judge