USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/9/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
                                :

CENTER FOR BIOLOGICAL DIVERSITY, *et al.*, :
                                  :

                      Plaintiffs,   :                    1:24-cv-2576-GHW
                                  :

           -v-                 :                      <u>ORDER</u>
                                  :

NATIONAL MARINE FISHERIES SERVICE,   :
                                  :

                       Defendant.   :

----------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On February 9, 2026, the Court held a teleconference with the parties to discuss the parties' proposed motion and cross-motion for summary judgment. As stated on the record during the conference, the Government is directed to serve its *Vaughn* index on Plaintiffs no later than March 13, 2026. If the parties elect to proceed with summary judgment motion practice, the deadline for the Government to file and serve its motion for summary judgment is April 15, 2026. Plaintiffs' opposition or cross-motion for summary judgment is due no later than May 15, 2026. The Government's reply or opposition is due no later than June 15, 2026. Plaintiffs' sur-reply, if any, is due no later than July 3, 2026.

        SO ORDERED.

Dated: February 9, 2026
       New York, New York

                                  _____
                                   GREGORY H. WOODS
                                United States District Judge