ANDERSON KREIGER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/25/2026

**MEMORANDUM ENDORSED**

CHRISTINA MARSHALL
cmarshall@andersonkreiger.com
T: 617-621-6583
F: 617-621-6683

November 24, 2026

**BY ECF**
The Honorable Gregory H. Woods
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

***Re:*** ***Center for Biological Diversity et al. v. National Marine Fisheries Service***
No. 24 Civ. 2576 (GHW)

Dear Judge Woods:

This office represents the plaintiffs Center for Biological Diversity, Natural Resources Defense Council, and Animal Welfare Institute in the above-referenced Freedom of Information Act ("FOIA") matter. I write to notify the Court that the Parties seek to resolve the remaining issues in this case without the Court's assistance.

In this case, Plaintiffs challenge Defendant's withholding or redaction of certain records responsive to a FOIA requested submitted in February 2022. Defendant initially withheld documents under FOIA Exemption 5, 6, and 7. After Plaintiffs filed this action, Defendants reprocessed certain documents, produced 926 documents to Plaintiffs, and asserted FOIA Exemptions 4, 5 and 6 to redact or withhold 395 records. Plaintiffs elected not to challenge Defendants' withholdings under Exemptions 5 and 6, and the parties subsequently filed summary judgment briefs regarding Defendants' withholdings of just under 300 documents under Exemption 4.

Prior to filing its summary judgment reply brief, Defendant reprocessed all of the documents withheld under Exemption 4 to remove the withholdings, with the exception of six observer reports. *See* Dkt. No. 87, 89. At Plaintiffs' request, the Parties have engaged in discussions regarding the remaining six documents. Based upon those conversations, Plaintiffs do not intend to pursue summary judgment as to the six remaining documents and the parties agree that there are no remaining issues to be decided on summary judgment.

The parties intend to engage in discussions to determine whether they can reach an agreement on the outstanding issue of attorney's fees. Plaintiffs respectfully request that the Court grant the

Parties ninety (90) days to engage in these discussions, with a status report to be filed on or before February 22, 2027. Defendants consent to this request.

We thank the Court for its consideration of this request.

Respectfully submitted,

Center for Biological Diversity et al.

By: *_/s/ Christina Marshall_*
Christina S. Marshall
Anderson & Kreiger LLP
255 State Street, 10th Floor
Boston, MA 02109
cmarshall@andersonkreiger.com

cc: *Defendant's counsel* (by ECF)

Application granted. Defendant's motion for summary judgment, Dkt. No. 73, is considered withdrawn. The parties are directed to submit a joint letter updating the Court on the status of this case no later than February 22, 2027. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 73.

SO ORDERED.

Dated: November 25, 2026

GREGORY H. WOODS
United States District Judge